**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**IHSAN LADADOEH**                                              **CIVIL ACTION**

**VERSUS**                                                     **NO. 26-349-SDD-SDJ**

**WARDEN, et al.**

## <u>ORDER</u>

Pending before the Court is a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1), filed by Petitioner, Ihsan Ladadoeh (Petitioner). The Government has filed a Response to the Petition (Doc. 10), as well as Petitioner's A-File (Doc. 8).

Also pending is the Government's Motion for Partial Relief from the Standing Order (Doc. 9), which claims Petitioner's removal "is now imminent" because "Israel has approved Petitioner for travel to Israel for the sole purpose of transporting him to Palestine," and that ICE "expects" this  removal "can occur within the next thirty days." (Doc. 9-1 at 2-3).

While the Federal Public Defender has been provisionally appointment to represent Petitioner, she has not yet enrolled. However, the Local Rule 7(e) Certificate attached to the Government's Motion for Partial Relief represents that "the Federal Public Defender [has] indicated that she currently opposes the Federal Respondents' motion." (Doc. 9 at 2). Therefore,

**IT IS ORDERED** that the Federal Public Defender has until **June 15, 2026** to file any Motion to Enroll on behalf of Petitioner.

**IT IS FURTHER ORDERED** that Petitioner has until **June 22, 2026** to file his **Opposition**, if any, to the Government's **Motion for Partial Relief** (Doc. 9), and his **Reply**, if any, to the Government's **Response** (Doc. 10) to the habeas Petition.

**IT IS FURTHER ORDERED** that an **evidentiary hearing** will be held on both the Petition (Doc. 1) and the Government's Motion for Partial Relief (Doc. 9). The evidentiary hearing is set for **11:00 A.M.** on **June 30, 2026,** in Courtroom Three before Chief District Judge Shelly D. Dick

**IT IS FURTHER ORDERED** that to the extent the parties intend to present any exhibits or witnesses during the evidentiary hearing, the parties shall file their **exhibit lists**, and any **witness lists**, at least **3 days** before the hearing.

Signed in Baton Rouge, Louisiana, on <u>June 11, 2026</u>.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**