**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**IHSAN LADADOEH**                              **CIVIL ACTION**

**VERSUS**                                      **NO. 26-349-SDD-SDJ**

**U.S. IMMIGRATION AND**
**CUSTOMS ENFORCEMENT, et al.**

---

## <u>ORDER</u>

Petitioner Ihsan Ladadoeh's 28 U.S.C. § 2241 Petitioner for Writ of Habeas Corpus (Doc. 1) and the Government's opposed Motion for Partial Relief from the Standing Order (Doc. 9) were taken up at a hearing before United States Chief District Judge Shelly D. Dick on July 7, 2026 at 10:00 a.m. The following attorneys appeared on behalf of the parties:

| | |
|---|---|
| **Christie Gibbens** | **Justin Jack** |
| **Allison Adger** | Assistant U.S. Attorney |
| Federal Public Defenders | Counsel for the Government |
| Counsel for Petitioner | |

The Court found Petitioner has met his burden under *Zadvydas v. Davis*, 533 U.S. 678, 689-90 (2001), and habeas relief is therefore warranted. However, at the outset of the hearing, the parties informed the Court they had reached a settlement, the terms of which were recited in open Court and are memorialized as follows.

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus (Rec. Doc. 1) is **GRANTED** as Petitioner has met his burden under *Zadvydas*.

**IT IS FURTHER ORDERED** that the Government's Motion for Partial Relief from the Standing Order (Rec. Doc. 2) is **GRANTED** and the transfer restriction is lifted for the

**sole** purpose of effectuating Petitioner's removal to the West Bank by commercial flight to Jordan.

Petitioner may only be removed to the West Bank and that removal may only occur by commercial flight to Jordan. Petitioner shall not be removed to or through Israel. Petitioner shall not be shackled or otherwise restricted during his removal—including while at the airport or on the commercial flight and he shall be permitted to dress in plain clothing.

If the Government cannot accomplish Petitioner's removal to the West Bank through Jordan, on or before 5pm on August 6, 2026;

**IT IS ORDERED** that Petitioner shall be released from ICE custody on the earlier of  August 6, 2026, 5pm or the date that ICE determines that Petitioner's removal to the West Bank through Jordan cannot be accomplished.  ICE shall humanely transport Petitioner back to Miami, Florida, where he was detained. Petitioner shall not be shackled or otherwise restricted on his way to Miami and will be dressed in plain clothing. ICE shall return all of Petitioner's belongings, including his identifying documents, upon release.

Absent a filing by one of the parties, the Clerk of Court is instructed to **DISMISS** this cause of action on August 7, 2026.

Signed in Baton Rouge, Louisiana, on this 7th day of July, 2026.

 

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**