# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

IHSAN LADADOEH                                                    CIVIL ACTION

VERSUS                                                           NO. 26-349-SDD-SDJ

WARDEN, ICE PROCESSING CENTER, ET AL.

## ORDER

Considering the Parties' *Joint Motion for Partial Modification of the Court's Order and Request for Expedited Consideration*;

**IT IS ORDERED** that the Parties' *Joint Motion for Partial Modification of the Court's Order and Request for Expedited Consideration* is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court's July 7, 2026 Order (Doc. 22) is modified to allow Petitioner and his family to arrange for Petitioner's travel upon his release from immigration custody.  The U.S. Immigration and Customs Enforcement is not required to transport Petitioner "back to Miami, Florida, where he was detained" as previously ordered in the Court's Order (Doc. 22), and instead will be required to release Petitioner from custody by 10:00 a.m. on Monday July 27, 2026, dressed in plain clothes with all of his belongings, including identifying documents.  In all other respects, the Court's Order (Doc. 22) remains in effect.

Baton Rouge, Louisiana, this __24th__ day of July, 2026.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**